UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Alexander George Rongotes**  Docket No. 7:21-CR-141-2M

### Petition for Action on Supervised Release

COMES NOW Korey A. Cross, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Alexander George Rongotes, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), was sentenced by the Honorable Richard E. Myers II, Chief United States District Judge, on June 30, 2022, to the custody of the Bureau of Prisons for a term of 36 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Alexander George Rongotes was released from custody on April 14, 2023, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On November 14, 2023, the defendant stated that he has been struggling with his mental health due to relationship issues and previous life experiences. The defendant requested a mental health assessment and counseling to address these issues. To address his mental health issues, the probation officer respectfully requests the special conditions of supervised release be modified to include mental health treatment.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,  I declare under penalty of perjury that the foregoing is true and correct.

/s/ C. Lee Meeks, Jr.
C. Lee Meeks, Jr.
Supervising U.S. Probation Officer

/s/ Korey A. Cross
Korey A. Cross
U.S. Probation Officer
414 Chestnut Street, Suite 102
Wilmington, NC 28401-4290
Phone: 910-679-2051
Executed On: December 4, 2023

Alexander George Rongotes
Docket No. 7:21-CR-141-2M
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this 12th day of December, 2023, and ordered filed and made a part of the records in the above case.

*Richard E Myers II*
Richard E. Myers II
Chief United States District Judge